UNITED STATES DISTRICT COURT                    MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma          CLOSED

DATE: 4/25/2008            CASE NUMBER: 08-15684M-SD

USA vs. Hugo Enrique Figueroa-Martinez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____          INTERPRETER Ricardo Gonzalez
                                                  LANGUAGE Spanish
Attorney for Defendant Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY
DOA___
☐ Financial Afdvt taken         ☐ Initial Appearance             ☐ Appointment of counsel hearing held
☐ Rule 5(c)(3)                  ☐ Defendant Sworn                ☐ Financial Afdvt sealed
                                ☐ Defendant states true name to be ___. Further proceedings ORDERED
                                  in Defendant's true name.

| DETENTION HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk  ☐ Danger | IDENTITY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
|---|---|
| PRELIMINARY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found   ☐ Dismissed<br>☐ Held to answer before District Court | STATUS HEARING: re: _____<br>☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Government moves to dismiss complaint. Defense has no objection. Court grants motion and dismisses case without prejudice. Case is closed.


                                        Recorded by Courtsmart
                                        BY: Angela J. Tuohy
                                        Deputy Clerk

UNITED STATES DISTRICT COURT                                  MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 4/23/08                    CASE NUMBER: 08-15684M-SD-001

USA vs. Hugo Enrique Figueroa-Martinez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____    INTERPRETER  Marcia Resler
                                           LANGUAGE  Spanish
Attorney for Defendant  Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT:  ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY

DOA  4/22/08             ☒ Initial Appearance         ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken  ☒ Defendant Sworn            ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)           ☐ Defendant states true name to be ___. Further proceedings ORDERED
                            in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>　☐ Flight risk  ☐ Danger | ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| PRELIMINARY HEARING: | STATUS HEARING: re: Waiver of Venue |
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held  ☐ Con't  ☐ Reset<br><br>Set for:  4/25/08 at 1:00 pm<br>Before:  Magistrate Judge Irwin |

Other: Defendant declines to sign waiver of venue.  Government moves for a continuance.  Defense objects.
Court grants motion and sets status hearing.


　　　　　　　　　　　　　　　　　　　　　　　Recorded by Courtsmart
　　　　　　　　　　　　　　　　　　　　　　　BY:  Angela J. Tuohy
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Hugo Enrique FIGUEROA-Martinez
Citizen of Mexico
YOB: 1977
075105413
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15684M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about April 22, 2008, near Andrade, California in the Southern District of California, Defendant Hugo Enrique FIGUEROA-Martinez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

Signature of Complainant
Gabe Diaz
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

April 23, 2008                    at         Yuma, Arizona
Date                                          City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer              Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant:            Hugo Enrique FIGUEROA-Martinez

Dependents:           None

**IMMIGRATION HISTORY:**    The Defendant is an illegal alien. Defendant has been arrested by the U.S. Border Patrol ((13) thirteen times.

**CRIMINAL HISTORY:**

| DATE LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| 12/15/05 | Disorderly Conduct | 90 Days jail, jail susp 89 days, $475.00 fine. |
| 9/17/07 | D.U.I. | 365 Days jail, jail susp 362, supervised probation 2 yrs, $5000.00, fine susp $4922.00. |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, CA.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**The Defendant is being presented for prosecution proceedings under "Operation Streamline." The Defendant entered the United States from Mexico through a designated "zero tolerance zone."**

The Defendant last entered the United States illegally without inspection near Andrade, California on April 22, 2008.

Charges:     8 USC§1325                              (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____April 23, 2008_____
Date

_____
Signature of Judicial Officer